

RECEIVED AC
5/28/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**PC 3**

Wynton Stewart

_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:20-CV-03368**

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

**JUDGE PACOLD**
**MAGISTRATE JUDGE WEISMAN**

Patrick O Kinney

James Looney

Other Officer I can't Name due to incarceration

Other Officer who Struck me I can't name due to incarceration

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       **U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
       **28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

_BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY._

I. **Plaintiff(s):**

A. Name: Wynton Stewart

B. List all aliases: _____

C. Prisoner identification number: 20180725733-M44126

D. Place of present confinement: 26 California Cook County Jail

E. Address: 2600 s. California, Chicago, Il- P.O.Box089002, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Patrick Kinney

Title: Detective, Homicide Team

Place of Employment: Chicago Police Department, Area South Detective Bureau

B. Defendant: Jamie Cooney

Title: Detective Homicide Team

Place of Employment: Chicago Police Department, Area South Detective Bureau

C. Defendant: Officer I can't name due to incarceration

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                    Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____

_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D. List all defendants: _____

_____

_____

_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

_____

_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.**   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 23, 2018 I was sent to 11th police station South Detective Bereau and I was interrogated by Detective Patrick Kinney and James Looney at (11:01:47 Military time) and Patrick Kinney told me if I didn't tell him I committed the murder he would go out into the other room and tell all the other officers I said I did the murder and he was going to charge me and convict me of it and I refussed as seen in the video I begged him to stop and he tried to walk out I held the door open as he tried to shut it and after other officers and a detective aided Patrick Kinney and handcuffed me I told them I wasn't resisting and I turned around and let them cuff me after the brought me in the hallway and the older bigger detective in a white button up dress shirt told all of them to hold this bitch down and they all held me down against the wall handcuffed and he elbowed me in my mouth and the carried me out to lock up off of my feet by my arms and legs and they refussed me medical attention for 24 hrs. The next day I went to the hospital for that district and took pictures of my injuries and made a medical report. My lip was busted open and my teeth was chiped

4                                                   Revised 9/2007

Revised 9/2007

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to obtain a lump sum for illegal and corrupted acts against me by the officers and I would like the courts persue in the firing of all officers involved. I would like to sue for one million dollars

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___14___ day of ___April___, 20_20_

_Wynton St_____
(Signature of plaintiff or plaintiffs)

_Wynton Stewart_
(Print name)

_20180725233_
(I.D. Number)

_P.O. Box 089002, Chicago, Il, 60608_

(Address)

Revised 9/2007